IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00196-RBJ

FRIENDS OF ANIMALS,

    Plaintiff,

v.

UNITED STATES FOREST SERVICE,

    Defendant.

_____

**ORDER TO SUBMIT JOINT STATUS REPORT**
_____

    This matter comes to the Court pursuant to the parties' Joint Status Report. [# 15] The Court has reviewed the status report and, being fully advised of the facts and the parties' ongoing efforts to reach a settlement, hereby ORDERS that the parties shall submit a Joint Status Report to the Court with an update concerning Defendant's review and production of documents in response to Plaintiff's FOIA request on or before **April 15, 2016**.

Dated March 17, 2016        By the Court

                                              _____
                                              R. Brooke Jackson
                                              United States District Judge